# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Bullion Shark, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Flip a Coin Bullion LLC, Matthew Forman, Christina Cappello, Jacob Forman and Joseph Forman <br><br> *Defendant(s)* | Civil Action No. 23-cv-6529 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Milman Labuda Law Group, PLLC
> Attn: Kyle F. Monaghan, Esq.
> 3000 Marcus Avenue, Suite 3W8
> Lake Success, New York 11042-1073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# RIDER TO SUMMONS IN A CIVIL ACTION

*Bullion Shark, LLC. v. Flip a Coin Bullion LLC, et al.*; Case No.: 23-cv-6529

**Flip a Coin Bullion LLC**
2426 Knight Island Dr.
Brandon, FL 33511

**Matthew Forman**
100 West Broadway, Apt. 6HH
Long Beach, NY 11561

**Christina Cappello**
349 Lake Avenue
Deer Park, NY 11729-4041

**Jacob Forman**
101 Cold Spring Lane
Greentown, PA 18426

**Joseph Forman**
7901 4th St. N., Ste 300
St. Petersburg, FL 33702