# AFFIDAVIT OF SERVICE

**State of New York**             **United States District Court**

Index Number: 2:23-CV-06529
Date Filed: 8/31/2023

Plaintiff:
**BULLION SHARK, LLC**
vs.
Defendant:
**FLIP A COIN BULLION LLC, et al.**

For: Milman Labuda Law Group PLLC

Received by Nicoletti & Harris to be served on FLIP A COIN BULLION LLC, 2426 Knight Island Drive, Brandon, FL 33511. I, _Deundra Peavy_, being duly sworn, depose and say that on the _18_ day of _Sept_, 20_23_ at _10:41_ a.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Joseph Forman_ as _Owner_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age _53_ Sex (M) F Race _wht_ Height _6'3_ Weight _260_ Hair _Bald_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State Of _Florida_
County of _Orange_ }SS:

Subscribed and Sworn to before me on the _20_ day of _September_, _2023_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

_____
PROCESS SERVER # _15-762620_
Appointed in accordance with State Statutes

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: 2023014580

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r



# AFFIDAVIT OF SERVICE

**State of New York**                                                                                 **United States District Court**

Index Number: 2:23-CV-06529
Date Filed: 8/31/2023

Plaintiff: **BULLION SHARK, LLC**
vs.
Defendant: **FLIP A COIN BULLION LLC, et al.**

For: Milman Labuda Law Group PLLC

Received by Nicoletti & Harris to be served on **Matthew Forman, 2426 Knight Island Drive, Brandon, FL 33511.** I, _Deundra Peavy_, being duly sworn, depose and say that on the _18_ day of _Sept_, 20_23_ at _10:41a_.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) SUBSTITUTE SERVICE: By serving _Joseph Forman_ as _Dad_.

( ) POSTED SERVICE: After attempting service on __/__ at _____ and on __/__ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (✗) No   If yes, what branch? _____

Marital Status:( ) Married or (✗) Single   Name of Spouse _____

COMMENTS:_____

Age _53_ Sex (M) F Race _wht_ Height _6'3_ Weight _260_ Hair _Bald_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State Of _Florida_
County of _Orange_  }SS:

Subscribed and Sworn to before me on the _20_ day of _September_, _2023_ by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

PROCESS SERVER # _15-762620_
Appointed in accordance with State Statutes

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: 2023014581



# AFFIDAVIT OF SERVICE

**State of New York**              **United States District Court**

Index Number: 2:23-CV-06529
Date Filed: 8/31/2023

Plaintiff: BULLION SHARK, LLC
vs.
Defendant: FLIP A COIN BULLION LLC, et al.

For: Milman Labuda Law Group PLLC

Received by Nicoletti & Harris to be served on CHRISTINA CAPPELLO, 2426 Knight Island Drive, Brandon, FL 33511. I, _Deundra Peavy_, being duly sworn, depose and say that on the _18_ day of _Sept_, 20_23_ at _10:41 a_.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Joseph Forman_ as _Father in Law_.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: (X) Married or ( ) Single   Name of Spouse _____

COMMENTS: _Service was completed by mailing the service docs to the service address in an envelope marked "Personal + Confidential" on 9/21/23._

Age _53_ Sex (M) F Race _Wht_ Height _6'3_ Weight _260_ Hair _Bald_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State Of _Florida_  }
County of _Orange_ }SS:

Subscribed and Sworn to before me on the _22_ day of _September_, _2023_ by the affiant who is personally known to me.



NOTARY PUBLIC

PROCESS SERVER # _15-762620_
Appointed in accordance with State Statutes

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: 2023014582



# AFFIDAVIT OF SERVICE

**State of New York**                                                                                  **United States District Court**

Index Number: 2:23-CV-06529
Date Filed: 8/31/2023

Plaintiff: **BULLION SHARK, LLC**
vs.
Defendant: **FLIP A COIN BULLION LLC, et al.**

For: Milman Labuda Law Group PLLC

Received by Nicoletti & Harris to be served on **Jacob Forman, 2426 Knight Island Drive, Brandon, FL 33511.** I, _Deundra Peavy_, being duly sworn, depose and say that on the _18_ day of _Sept_, 20_23_ at _10_:_41_ a.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Joseph Forman_ as _Dad_.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: ( ) Married or (X) Single   Name of Spouse _____

COMMENTS: _____

Age _53_  Sex (M) F  Race _Wht_  Height _6'3_  Weight _260_  Hair _Bald_  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State Of _Florida_
County of _Orange_   }SS:

Subscribed and Sworn to before me on the _20_ day of _September_, _2023_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Notary Public State of Florida
Caleb Ramos
My Commission GG 351295
Expires 02/02/2024

PROCESS SERVER # _15-762620_
Appointed in accordance with State Statutes

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: 2023014583



# AFFIDAVIT OF SERVICE

**State of New York**                                                                                                                           **United States District Court**

Index Number: 2:23-CV-06529
Date Filed: 8/31/2023

Plaintiff: BULLION SHARK, LLC
vs.
Defendant: FLIP A COIN BULLION LLC, et al.

For: Milman Labuda Law Group PLLC

Received by Nicoletti & Harris to be served on **Joseph Forman, 2426 Knight Island Drive, Brandon, FL 33511.** I, _Deundra Peavy_, being duly sworn, depose and say that on the _18_ day of _Sept_, 20_23_ at _10 : 414_ .m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint** in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (✗) No    If yes, what branch? _____

Marital Status: ( ) Married or (✗) Single    Name of Spouse _____

COMMENTS: _____

Age _53_ Sex (M) F Race _wht_ Height _6'3_ Weight _260_ Hair _Bald_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State Of _Florida_
County of _Orange_  }SS:

Subscribed and Sworn to before me on the _20_ day of _September_, _2023_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _15-262620_
Appointed in accordance with State Statutes

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: 2023015337

Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

