<u>Motion For Continuance</u>

Case 2:23-cv-06529-jms-arl

Bullion Shark LLC (Plaintiff)

V.

Flip A Coin Bullion LLC, Matthew forman,
Christina Cappello, Jacob forman and Joseph Forman
(Defendant)

October 3, 2023

**FILED
CLERK**
Box.com
10/3/2023
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Your Honor,

We are Flip A Coin Bullion. We are the defendant in this case. We would like to request a 30 day continuance for our 21 day response from the due date. The reason for this request is we are representing ourselves, we are out of state and Mr. Joseph Forman is dealing with health issues. We are also considering hiring counsel and would need time to hire an attorney.

Kindly,

Flip A Coin Bullion LLC

*Joseph Forman*
_____

*Matthew Forman*
_____

*Christina Cappello*
_____

*Jacob Forman*
_____