# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip

**FILED**
**CLERK**
2:55 pm, Nov 14, 2023
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000
Pro Se: (631) 712-6060

Date: 11/14/2023
Re: 23-6529(NJC)(ARL), Bullion

Dear *pro se* litigant:

The enclosed  letters filed via box.com  is/are being returned without docketing or consideration for the following reason(s):

( )  The docket number and/or judges' initials are incorrect or missing.

( )  Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( )  These papers appear to be intended for another court or agency.

(XX) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( )  Your papers do not meet the minimum requirements for:
    ( )  Legibility: please type or print clearly.
    ( )  Language: only English is acceptable.
    ( )  Form or Content: See forms/instructions enclosed.
    ( )  Please indicate the documents you served on your affirmation of service.
    ( )  Other:

( )  This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.
( )  Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )  Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square
    New York, NY 10007

( )  Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )  The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

( )  Other:

By: _____
K. Santana

Recieved via Box.com on 11/9/2023
Page 1 of 1

<u>Motion For Continuance</u>

Case 2:23-cv-06529-jma-arl						November 8, 2023


Bullion Shark LLC (Plaintiff)

_____

V.

Flip A Coin Bullion LLC, Matthew forman,
Christina Cappello, Jacob forman and Joseph Forman
(Defendant)

_____


Your Honor,

     We are Flip A Coin Bullion. We are the defendant in this case. We understand we need a lawyer to represent Flip A Coin Bullion. As for the other defendants Matthew, Joseph, Jacob and Christina we will be putting in our response today. We are in a new state and have not been able to find a lawyer in Florida to defend our case in New York. We are a new business that has not made any money yet so we are having trouble affording a lawyer.


Kindly,

Flip A Coin Bullion LLC



*Joseph Forman*
_____

*Matthew Forman*
_____

*Christina Cappello*
_____

*Jacob Forman*
_____

Recieved via Box.com on 11/9/2023
Page 1 of 1

<u>Motion For Continuance</u>

Case 2:23-cv-06529-njc-arl                                November 8, 2023

Bullion Shark LLC (Plaintiff)

---

V.

Flip A Coin Bullion LLC, Matthew forman,
Christina Cappello, Jacob forman and Joseph Forman
(Defendant)

---

Your Honor,

     We are Flip A Coin Bullion. We are the defendant in this case. We understand we need a lawyer to represent Flip A Coin Bullion. As for the other defendants Matthew, Joseph, Jacob and Christina we will be putting in our response today. We are in a new state and have not been able to find a lawyer in Florida to defend our case in New York. We are a new business that has not made any money yet so we are having trouble affording a lawyer.

Kindly,

Flip A Coin Bullion LLC

*Joseph Forman*
_____

*Matthew Forman*
_____

*Christina Cappello*
_____

*Jacob Forman*
_____

Recieved via Box.com on 11/9/2023
Page 1 of 1

Case 2:23-cv-06529-njc-arl                                                November 8, 2023

Bullion Shark LLC
V.
Flip A Coin Bullion LLC, Matthew Forman
Jacob Forman, Joseph Forman and Christina Cappello

Addendum

We mistakenly forgot the date on our request for extension. We request a 30 day extension from November 9th.

Kindly,

Flip A Coin Bullion LLC

United States District count                                        November 9, 2023
Eastern District of New York

_____

Bullion Shark LLC

V.

_____

Christina Cappello

<u>Admissions and Denials</u>

1. Deny
2. Deny
3. Deny
4. Lack of knowledge
5. Admit
6. Deny
7. Deny
8. Deny
9. Admit
10. Lack of knowledge
11. Lack of knowledge
12. Lack of knowledge
13. Lack of knowledge
14. Lack of knowledge
15. Lack of knowledge

Recieved via Box.com on 11/9/2023
Page 1 of 8

United States District count

Eastern District of New York

November 9, 2023

_____

Bullion Shark LLC

V.

_____

Joseph Forman

## Admissions and Denials

1. Deny

2. Deny

3. Deny

4. Lack of knowledge

5. Admit

6. Deny

7. Deny

8. Deny

9. Admit

10. Lack of knowledge

11. Lack of knowledge

12. Lack of knowledge

13. Lack of knowledge

14. Lack of knowledge

15. Lack of knowledge

United States District count                           November 9, 2023
Eastern District of New York

_____
Bullion Shark LLC

V.

_____
Jacob Forman

## Admissions and Denials

1. Deny
2. Deny
3. Deny
4. Lack of knowledge
5. Admit
6. Deny
7. Deny
8. Deny
9. Admit
10. Lack of knowledge
11. Lack of knowledge
12. Lack of knowledge
13. Lack of knowledge
14. Lack of knowledge
15. Lack of knowledge