# Exhibit "E"



212-581-8877
eval@parkeval.com
www.parkeval.com

| Nicholas Adamo | Yeah, awesome my friend. How you been? |
|---|---|
| Harry Boltz | Good. |
| Nicholas Adamo | Good. I just wanted to let you know we're getting everything squared away for you, as you know, you got that limit on your card. So it just takes a couple days to put the payments through, but we'll get everything squared away. We're gonna get everything shipped out to you. So you should have everything in a couple days. All right? |
| Harry Boltz | Ok. Didn't know. |
| Nicholas Adamo | Awesome, my friend. A quick question I had for you. Have you heard from Matt Forman at all lately? Because I've been getting a lot of calls that he moved to Florida and opened a coin shop called Flip a Bullion or something coin. |
| Harry Boltz | Yeah, Flip a Coin. Yeah. I've heard from them. |
| Nicholas Adamo | Oh, you did? He gave you a call? |
| Harry Boltz | Well, he texted me, yeah. |
| Nicholas Adamo | Oh, he texted you. Yeah, he's trying to sell you stuff. |
| Harry Boltz | Yeah. |
| Nicholas Adamo | I gotcha. How often do you hear from? |
| Harry Boltz | Stuff like maybe "How you doing?" Maybe three times a week. |
| Nicholas Adamo | Oh, yeah, three times a week. Oh, wow. He's aggressive. He's more persistent than me. |
| Harry Boltz | I don't know about that. |
| Nicholas Adamo | My goodness. Harry, Harry, you are a character, my friend. That's why we get along so well. What was I gonna say? Yeah, um, so yeah, so I guess it's true then he's, you know, down in Florida and he's kind of you know, willing to deal in selling coins and it's I think it's Flip a Coin Bullion, right? I think I found his website. |
| Harry Boltz | I haven't looked at it, maybe. |
| Nicholas Adamo | I gotcha. Yeah, you know, Matt Foreman was you know, he was a good guy while he was here. I don't know why he decided to get out of here so quick, but I don't know he wants to move to Florida or something. I heard. |
| Harry Boltz | Yeah, he didn't say anything to me why is that. |
| Nicholas Adamo | Yeah, have you bought anything from him yet? Or no? |
| Harry Boltz | 2006s. |
| Nicholas Adamo | 2006 what? Gold pieces? |
| Harry Boltz | Silver Eagles. |
| Nicholas Adamo | Silver Eagles? Gotcha. What they end up charge you for those? |
| Harry Boltz | [Inaudible] What should he have? Let me look. |
| Nicholas Adamo | What were they, Mint States or proofs? |
| Harry Boltz | Proofs. |
| Nicholas Adamo | I could have done those at 99 bucks. |
| Harry Boltz | Oh, 110 is what he said them to me for. |
| Nicholas Adamo | 110 he sold them to you for? |
| Harry Boltz | Yeah. |
| Nicholas Adamo | Yeah, gotcha were they like Standard label. [inaudible chattering]. Harry, can you hear me? |
| Harry Boltz | Yeah, just a second. |
| Nicholas Adamo | Sure. What kind of quick quick question I have for you. I know I'm Italian my last name is Adamo. I don't know if I ever told you. Boltz, what is Boltz? |
| Harry Boltz | Boltz is German. |
| Nicholas Adamo | Oh, German. I am part German too, that's awesome. Sorry, what were you saying? |
| Harry Boltz | MS70. |
| Nicholas Adamo | Oh, MS70. I could have sold you those at like 59 bucks. |
| Harry Boltz | Oh. |
| Nicholas Adamo | If you want, can you send me the invoice? Because if you send me the invoice, you know, like I said, I could discount you accordingly. You know and like I said, I'll make sure that you save a boatload of money. I mean, that's a lot of money to save. |
| Harry Boltz | I can do it. I'll get it sent to you tonight. |
| Nicholas Adamo | Okay, you have my email? |

CERTIFIED TRANSCRIPTION

Park Case #23041020      Page 1 of 1      English Transcription



November 13, 2023

# TRANSCRIPTION CERTIFICATION

This is to certify that the enclosed English transcription (Park Case 23041020 ) was made under my personal supervision by a qualified translator who is fluent in the English language, and that to the best of my knowledge and understanding is a true and complete rendition of the corresponding original file. This document has not been transcribed for a family member, friend, or business associate but by a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. We do not make any claims or guarantees about the authenticity or content of the original document. Further, Park Evaluations assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

Sincerely,

*Howard Borenstein*

Howard Borenstein
Evaluator



November 16, 2023

# TRANSCRIPTION CERTIFICATION

I, Andrea Marchiaro, am fluent and competent in the English language. I certify that the enclosed transcription is true, complete, and accurate and that, to the best of my knowledge and belief, the transcription accurately reflects the meaning and intention of the original text. I am not a family member, friend, or business associate of anyone referenced in this transcription but a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity or content of the original file.

Sincerely,

_____
Andrea Marchiaro

23041020