Exhibit "F"



**Flip A Coin Bullion**
888-355-0180



**Flip A Coin Bullion**
We Buy Coins   We Sell Coins
Customer Service
888-355-0180
Customerservice.flipacoin@gmail.com
Website: Flipacoinbullion.org

**Invoice Number: 598**

**Invoice Date:** Nov 06, 2023

**Bill To:**
**Harry Boltz**
Account #: 502
Phone:
Email:

**Billing Address:**

**Shipping Address:**
(Same as above)

| Description | Item # | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 2023 Silver Panda NGC MS70 - Magnum Opus - 40th Anv | 33 | 13 | item | $149.00 | $1,937.00 |
| Payment (6AU83192S94900931) - Nov 06, 2023 - Thank you! | | | | | -$1,937.00 |

| | |
|---|---|
| Grand Total: | $1,937.00 |
| Amount Paid: | -$1,937.00 |
| Balance Due: | PAID IN FULL |

**Payment Terms**

Pay Pal Paid in FULL

RETURN POLICY- 7 DAYS MONEY BACK GUARANTEE