# Exhibit "G"

**PARK EVALUATIONS**

212-581-8877
eval@parkeval.com
www.parkeval.com

| Nicholas Adamo | Hey Guy, it's Nick over at Bullion Shark, the owner, how are you? |
|---|---|
| Guy Foote | Good, how you doing, Nick? |
| Nicholas Adamo | Good, my friend. It's a pleasure to speak with you. Aaron told me a lot about you. |
| Guy Foote | Yeah? |
| Nicholas Adamo | I appreciate all your business. |
| Guy Foote | For sure. I appreciate you. |
| Nicholas Adamo | I appreciate that my friend, now this is Guy Footie. Right? |
| Guy Foote | Yep. Guy Foote. |
| Nicholas Adamo | Okay, so it's Foote. Okay, sorry about that. Hey, quick question. Quick question. I had a quick question I had for you, my friend. Aaron was telling me that you got a call from Flip a Coin Bullion, Matt over there. |
| Guy Foote | Yeah, Jake. |
| Nicholas Adamo | Oh, Jake, you got a call from Jacob Foreman, right? |
| Guy Foote | Yeah, |
| Nicholas Adamo | At Flip a Coin Bullion what was he trying to sell you? |
| Guy Foote | He was trying to sell me that what I just bought from you guys. The Reverse Proof Morgan & Peace Dollar. |
| Nicholas Adamo | Gotcha. Okay, so, so you said Jake Foreman called you from Flip a Coin Bullion in Florida. They are right? |
| Guy Foote | Yeah. |
| Nicholas Adamo | Yeah. Did you end up buying anything from him? |
| Guy Foote | He just called me again yesterday. |
| Nicholas Adamo | Oh, he called you again yesterday, yeah? |
| Guy Foote | Yeah. I didn't buy anything from him, no. He quoted me $100 cheaper on those coins. And I was like, "Well, [inaudible]." |
| Nicholas Adamo | Yeah, I don't know what he was offering you. Exactly. Oh, that's crazy. |
| Guy Foote | Yeah, he was offering me the Reverse Proof Morgan & Peace Dollar for 299. |
| Nicholas Adamo | Gotcha. Gotcha. Yeah, they're probably they might have been the unsigned ones. That might have been the case. But yeah, I'm not sure. I'd have to look into that for you. Oh, well. All right. So, they've so Jacob called you a couple times? |
| Guy Foote | Yeah. |
| Nicholas Adamo | Gotcha. |
| Guy Foote | I don't know, how he got my number, or how even know me or what? |
| Nicholas Adamo | But yeah, that's very strange, because you never talked to him beforehand. You were dealing with Aaron, right? |
| Guy Foote | Yeah, I've always dealt with Aaron. Yup. |
| Nicholas Adamo | Did he say anything? Like "Oh, don't do business with Aaron, do business with me?" |
| Guy Foote | No. No |
| Nicholas Adamo | I gotcha. Okay. Yeah, I was just wondering. All right, all right, Guy, I appreciate that my friend and Aaron will be in touch with you. I appreciate it. And we'll talk soon, and I appreciate your business as always. And you know, I appreciate you know, you're letting me know all that stuff. |
| Guy Foote | For sure. Yeah. |
| Nicholas Adamo | All right, my friend. You listen, you have a great day, all right? Well, take care buddy. |
| Guy Foote | You as well. |



November 16, 2023

# TRANSCRIPTION CERTIFICATION

This is to certify that the enclosed English transcription (Park Case 23041020 ) was made under my personal supervision by a qualified translator who is fluent in the English language, and that to the best of my knowledge and understanding is a true and complete rendition of the corresponding original file. This document has not been transcribed for a family member, friend, or business associate but by a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. We do not make any claims or guarantees about the authenticity or content of the original document. Further, Park Evaluations assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

Sincerely,

*Howard Borenstein*

Howard Borenstein
Evaluator



November 16, 2023

## CERTIFICATION

I, Andrea Marchiaro, am fluent and competent in the English language. I certify that the enclosed transcription is true, complete, and accurate and that, to the best of my knowledge and belief, the transcription accurately reflects the meaning and intention of the original text. I am not a family member, friend, or business associate of anyone referenced in this transcription but a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity or content of the original file.

Sincerely,

_____
Andrea Marchiaro

23041020