# Exhibit "H"

**PARK EVALUATIONS**

212-581-8877
eval@parkeval.com
www.parkeval.com

| Mark Joslyn | Some coins and I told him I like I kind of liked already used my allowance. So, I'm a registered nurse and I also trying to get my business off the ground for Mark's Coin and Currency LLC. And they called me this morning and I bought some 2024 slabbed, just the Mint coins MS70s from NGC and I bought like six of them at $65 apiece. And so, I use I use my like, my monthly little salary, but so he was trying to sell me something I go "Man, you should have got to me earlier I said I just bought six coins." |
|---|---|
| Nicholas Adamo | Oh, gotcha. So this is Mark Joslyn, right? |
| Mark Joslyn | Yes, sir. |
| Nicholas Adamo | Oh, gotcha, okay, and so you said that Matthew Forman had called from Flip a Coin Bullion? |
| Mark Joslyn | No, I don't remember a name, but I don't think it was a Matthew. I talked to… I talked to a male just briefly and said, "Yeah, okay, I'll buy. I'll buy six." And then he says, "Okay, you're gonna get an email, and then some director or something is going to call you and verify." Blah, blah, blah. And I said, "Okay", so about 10 minutes later, a woman called me and I, I'm terrible with names. I mean, the only reason I know Aaron's name is because I had him put it in my phone. So it says Aaron Bullion Shark. |
| Nicholas Adamo | So sorry. So who did you buy the coins from this morning? I was just sorry. I was confused. |
| Mark Joslyn | It's called Flip a Coin out of Tampa, Florida. Actually, I think it's called. It's out of Val Rico. |
| Nicholas Adamo | Yeah, okay, so you bought the coins from some representative from Flip a Coin Bullion, right? |
| Mark Joslyn | Yes. |
| Nicholas Adamo | Gotcha. Okay. And you bought what? Six coins? Mark? |
| Mark Joslyn | Yes, sir. |
| Nicholas Adamo | All right. I gotcha. Well, I appreciate you letting us know. And yeah, hopefully we can beat Flip a Coin Bullion to the punch. And you're sure it was… It was Flip a Coin Bullion out of Florida. |
| Mark Joslyn | Yes, sir. Out of Val, Val Rico, Florida. |
| Nicholas Adamo | Gotcha. Okay. Does Christina ring a bell as the woman who called you? |
| Mark Joslyn | No, sir, I'm really terrible with names. |
| Nicholas Adamo | No worries. |
| Mark Joslyn | Now, if you, if you have Aaron, call me back. In the morning, I'll be able to go into my email and see if there's a name on my email, because they said I would get an email from the gentleman who I talked to. |
| Nicholas Adamo | Sure. |
| Mark Joslyn | And then there will be a follow up email from the person I talked to after. |
| Nicholas Adamo | Gotcha. I'll understand. Okay, so… |
| Mark Joslyn | So I get names then. But like Aaron was saying, he says, "Oh, no, you don't want to do business to them. They used to work for us and there's a nondisclosure thing." Whatever, I know. |
| Nicholas Adamo | No, I gotcha. It is what it is. So definitely you bought from Flip a Coin Bullion, those six coins. And will you be able to send us you know, the email because I like to beat their pricing if I can. |
| Mark Joslyn | Yeah, I guess so. |
| Nicholas Adamo | Okay, cool. Yeah. Send me the invoice when you can or to Aaron, and he'll forward it to me and then we'll beat their pricing, I promise. |
| Mark Joslyn | Okay. |
| Nicholas Adamo | All right. Awesome, Mark. I appreciate it, my friend. |
| Mark Joslyn | Yes, sir. |
| Nicholas Adamo | All right. Let's see, you have a wonderful day. We'll speak in the morning. |
| Mark Joslyn | All right. Thank you, sir. |
| Nicholas Adamo | Thanks, buddy. |

Park Case #23041020          CERTIFIED TRANSCRIPTION
                             Page 1 of 1                    English Transcription



November 13, 2023

# TRANSCRIPTION CERTIFICATION

This is to certify that the enclosed English transcription (Park Case 23041020) was made under my personal supervision by a qualified translator who is fluent in the English language, and that to the best of my knowledge and understanding is a true and complete rendition of the corresponding original file. This document has not been transcribed for a family member, friend, or business associate but by a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. We do not make any claims or guarantees about the authenticity or content of the original document. Further, Park Evaluations assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

Sincerely,

*Howard Borenstein*

Howard Borenstein
Evaluator



November 16, 2023

# TRANSCRIPTION CERTIFICATION

I, Andrea Marchiaro, am fluent and competent in the English language. I certify that the enclosed transcription is true, complete, and accurate and that, to the best of my knowledge and belief, the transcription accurately reflects the meaning and intention of the original text. I am not a family member, friend, or business associate of anyone referenced in this transcription but a completely disinterested third party with no relationship to the beneficiary.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity or content of the original file.

Sincerely,

_____
Andrea Marchiaro

23041020