# Exhibit "I"

INVOICE



Flip A Coin Bullion
888-355-0180

Flip A Coin Bullion LLC
PO box 6,
Valrico, Florida, 33594
United States Minor Outlying Islands

**Invoice Number: 609**                                 Invoice Date: Nov 09, 2023

**Bill To:**                                            **Billing Address:**

**Mark Joslyn**

**Account #:** 564
**Phone:**                                              **Shipping Address:**
**Email:**                                              (Same as above)

| Description | Item # | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **2019 Silver Eagle NGC MS70** | | 2 | service | $115.00 | $230.00 |
| Payment (00946Y) - Nov 09, 2023 - Thank you! | | | | | -$230.00 |

|  |  |
|---|---|
| **Grand Total:** | $230.00 |
| **Amount Paid:** | -$230.00 |
| **Balance Due:** | PAID IN FULL |

**Payment Terms**

RETURN POLICY- 7 DAYS MONEY BACK GUARANTEE

INVOICE



**Flip A Coin Bullion**
888-355-0180

Flip A Coin Bullion LLC
PO box 6,
Valrico, Florida, 33594
United States Minor Outlying Islands

**Invoice Number: 608**                     Invoice Date: Nov 09, 2023

**Bill To:**

**Mark Joslyn**

Account #: 564
Phone:
Email:

**Billing Address:**

**Shipping Address:**
(Same as above)

| Description | Item # | Qty | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 2024 Silver Eagle NGC MS70 Early Release Pedigree | | 5 | service | $65.00 | $325.00 |
| Payment (00946Y) - Nov 09, 2023 - Thank you! | | | | | -$325.00 |

|  |  |
| --- | --- |
| Grand Total: | $325.00 |
| Amount Paid: | -$325.00 |
| Balance Due: | PAID IN FULL |

**Payment Terms**

RETURN POLICY- 7 DAYS MONEY BACK GUARANTEE