# Exhibit "J"

Aug 15, 10:52 AM

approved

ill have another this afternoon for u for sure

what do we have left?

**Bullion Shark Marketing** Aug 15, 10:53 AM

just another early production ase so not ideal to use tomorrow

**Bullion Shark Marketing** Aug 15, 10:55 AM

also is everything good with the situation from friday? i got a notif that christinas iphone tried to log into this account last night but from georgia

Aug 15, 10:55 AM

Into which account?

**Bullion Shark Marketing** Aug 15, 10:56 AM

mine



