# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 20, 2023

Author: Kyle F. Monaghan - Associate
Direct E-Mail Address: kyle@mllaborlaw.com
Direct Dial: (516) 303-1361

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Nusrat J. Choudhury, U.S.D.J.
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722

      Re:    *Bullion Shark, LLC v. Flip a Coin Bullion LLC, et al*
             <u>Case No.: 2:23-cv-06529 (JCR) (ARL)</u>

Dear Judge Choudhury:

      This firm represents Plaintiff, Bullion Shark, LLC ("Plaintiff" or "Bullion Shark"), in the above-referenced case. Plaintiff submits this letter response in opposition to Defendants' contrived motion to adjourn the *emergency* Order to show cause Plaintiff has filed. Plaintiff is prepared to address the defenses raised by Defendants in their opposition papers at the hearing and vehemently objects to any continuance whatsoever of tomorrow's scheduled appearance for 4:00 PM based on the nature of the instant application.

      In light of same, Plaintiff is prepared to fly the individual Defendants out tomorrow morning, one-way, for arrival in New York in the early afternoon so that they may appear in Court as directed to, with up to $1,000.00 in total airfare for all Defendants combined. Barring same, at a minimum, it is respectfully submitted that the hearing should proceed with Defendants appearing virtually through Zoom or another acceptable virtual platform. However, an in-person appearance is preferred to allow this Court to properly assess the Defendants' credibility.

      To the extent that this Court is inclined to grant Defendants the time they seek, Plaintiff respectfully submits that a temporary restraining Order be issued, as requested, until such time that Defendants appear by counsel, as required, and a hearing is conducted. Plaintiff thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
       November 20, 2023               Respectfully,

                                                          /s/
                                           Kyle F. Monaghan, Esq.

cc: Defendants – via email only.