Case 2:23-cv-06529-njc-arl                                             November 21, 2023

**FILED
CLERK**

11/21/2023 11:16 am
Received Electronically

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

<u>Motion For Extension</u>

Bullion Shark LLC (Plaintiff)

V.

Flip A Coin Bullion LLC, Matthew forman,
Christina Cappello, Jacob forman and Joseph Forman
(Defendant)

Dear Judge Choudhury,

      We are Flip A Coin Bullion LLC the defendant in the case and we are asking for a motion of extension from court today, November 21st, 2023 in court room 1040. The reason for this motion is that Joseph Forman was Admitted into AdventHealth Hospital in Tampa Florida last night due to chest pains and shortness of breath. We will have all of the paperwork and a signed form from the hospital attached. Christina, Matthew and Jacob are headed over to the hospital now to be with him. We also need more time to prepare for court as we only heard about the hearing date yesterday November 20th 2023. We are asking for a 30 day continuance from todays date November 21st 2023.

If you have any questions please feel free to call the hospital, the number is on the form attached.

Thank you Kindly,

Flip A Coin LLC

*Joseph Forman*
*Matthew Forman*
*Christina Cappello*
*Jacob Forman*

Page 1 of 1

Nov 21, 2023 Joseph

**AdventHealth**

Joseph Forman
Preferred name: Joseph

## Excuse from Work, School, or Physical Activity

___JOSEPH FORMAN___ needs to be excused from
___ Work.
___ School.           currently undergoing treatment.
___ Physical activity.
This is effective for the following dates: ADMITTED 11/20 .
He or she may return to work or school, but should avoid physical activity or other activities from
until _____.                           8133966150
Activity restrictions include:                  Please call
___ Lifting more than _____ lb / kg.          with questions.
___ Sitting longer than _____ minutes at a time.
___ Standing longer than _____ minutes at a time.
___ Other activities including: _____
_____
___ He or she may return to full physical activity on ___TBD___ .
Health care provider name (printed): _____
Health care provider (signature): _____

Date: __11/21/23_____

This information is not intended to replace advice given to you by your health care provider. May
you discuss any questions you have with your health care provider.

Document Released: 2002-06-13  Document Updated: 2022-09-07  Document Reviewed: 2022-09-07
Elsevier Patient Education © 2023 Elsevier Inc.

C.M Costa RN
3N Charge RN

11/21/2023

about:blank

Case 2:23-cv-06529-njc-arl					November 21, 2023

CC:
Bullion Shark LLC
Kyle F. Monaghan