Case 2:23-cv-06529-njc-arl

November 27, 2023

FILED
CLERK
Box.com
11/27/2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Bullion Shark LLC (Plaintiff)

_____

V.

Flip A Coin Bullion LLC, Matthew forman,
Christina Cappello, Jacob forman and Joseph Forman
(Defendant)

_____

Dear Judge Choudhury,


       We are Flip a Coin Bullion, the defendants on the referenced case. We are responding to the recent opposition the plaintiff, Bullion Shark had just filed. Joseph Forman was told that he was able to appear in court on December 21st. However, if he felt better and received clearance from the hospital then he would be able to appear in the hearing tomorrow November 28th 2023. Joseph is still having severe anxiety attacks and chest pains and never received clearance and for this reason he will appear on December 21st as stated. As for Jacob Forman, he is in New York attending one of his best friend's services after he hung himself the day before Thanksgiving. This is not a "stall tactic" as mentioned from the plaintiff. This shows the lack of empathy Bullion Shark has for others. Jacob Forman is an 18 year old kid who is already suffering from anxiety from this lawsuit and to have lost a best friend has put him over the edge.

We are still asking for a motion for dismissal for Jacob Forman for tomorrow's hearing on November 28th. How can you ask someone who just lost a dear friend to appear in court via zoom just hours later?

We greatly appreciate your response.
Kindly,

Flip A Coin Bullion LLC

*Matthew Forman*

*Jacob Forman*

*Christina Cappello*

*Joseph Forman*

Case 2:23-cv-06529-njc-arl                                    November 27, 2023


CC:
Bullion Shark LLC
Kyle Monaghan esq
Emanuel Kataev esq