Case 2:23-cv-06529-njc-arl                                                                                       November 28, 2023

## Addendum to Hearing

Bullion Shark LLC (Plaintiff)

V.

Flip A Coin Bullion LLC, Matthew forman, Christina Cappello, Jacob forman and Joseph Forman (Defendant)

**FILED
CLERK
Box.com**
11/28/2023
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Dear Judge Choudhury,

    We are Flip A Coin Bullion LLC, we are the defendants on the referenced case. Please see attachment for today's hearing, November 28th, 2023 titled exhibit 1. Attached is an email from client Guy Foote.

Thank You,

Flip A Coin Bullion LLC

*Matthew Forman*

*Christina Cappello*

*Jacob Forman*

*Joseph Forman*



Gmail

Christina Cappello <christinajcappello@gmail.com>

**Fwd: Coins ~ recording**

1 message

**matt forman** <mattyforman56@gmail.com> Mon, Nov 27, 2023 at 12:29 PM
To: christinajcappello@gmail.com

On Wed, Nov 22, 2023 at 12:15 PM Guy Foote <guyfoote33@yahoo.com> wrote:

> To whom it may concern, my name is Guy Foote and i get multiple calls from people i do not know (they know my name) that say, hey Guy this is so and so from premiere coin and i have no idea who they are or how they got my number and i get a little hesitant to buy from them because i have no idea who they are. I buy a lot of my coins from Bullion Shark and always deal with Aaron and i was talking to him one day and asked him if he had ever heard of Flip a Coin and are they a real coin store and he told me yes that they were a real company and that he even knew them and used to work with them and he grew up with the owner and that eased my mind about buying from them. Somewhere a long the way they kept bringing up Flip a Coin and they were recording my phone calls (which i had no idea) and i am a little upset by that while talking about them. The owner asked me if i had bought anything from them and i told him no. I am kind of angry about being brought in to this whole mess and being recorded on my personal conversations with Aaron, and the owner Nick. I buy from JM Bullion, SD Bullion, APMEX, and the US Mint and my local coin store. I have always bought my coins at the best price that i can find because i do not make a lot of money and that's how I've always been and will continue to do so. I really like Aaron and he's been really good to me and i hope that this doesn't ruin my relationship with him. There are many stores that sell silver and they help keep each other in check on prices. It's sad that it's came to this as i surely didn't expect it. I wish that Aaron would have told me that it was a problem. That's what i live about America is the free market. Thank you for your time.
>
> Guy Foote
>
> Sent from Yahoo Mail for iPhone

Exhibit 1

1/1

CC
Bullion Shark LLC
Kyle Monaghan Esq
Emanuel Kataev Esq