**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BULLION SHARK, LLC,

                                  Plaintiff,              **DEFENDANTS'**
                                                                 **RULE 7.1 STATEMENT**

      -against-

                                                                  Index No. 23-CV-6529

FLIP A COIN BULLION LLC, MATTHEW
FORMAN, CHRISTINA CAPPELLO, JACOB
FORMAN and JOSEPH FORMAN,

                                  Defendants.
-------------------------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that the following are corporate parents, affiliates, and/or subsidiaries of said parties, which are publicly held:

   **NONE**.

Dated:  Calverton, New York
           December 1, 2023

                                                                 /s/ Todd Wengrovsky
                                                                 Todd Wengrovsky
                                                                 Law Offices of
                                                                 Todd Wengrovsky, PLLC.
                                                                285 Southfield Road, Box 585
                                                                Calverton, NY 11933
                                                               Tel (631) 727-3400
                                                                *Attorney for Defendants*