Case 2:23-cv-06529-NJC-ARL   Document 38   Filed 12/01/23   Page 1 of 9 PageID #: 287
FILED
CLERK
5:03 pm, Dec 01, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK



**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000
Pro Se: (631) 712-6060

Date: 12/1/2023
Re: 23-CV-06529(NJC)(ARL)

Dear *pro se* litigant:

The enclosed __Answer__ is being returned without docketing or consideration for the following reason(s):

(  )   The docket number and/or judges' initials are incorrect or missing.

(  )   Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

(  )   These papers appear to be intended for another court or agency.

(  )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

(  )   Your papers do not meet the minimum requirements for:
      (  )   Legibility: please type or print clearly.
      (  )   Language: only <u>English</u> is acceptable.
      (  )   Form or Content: See forms/instructions enclosed.
      (  )   Please indicate the documents you served on your affirmation of service.
      (  )   Other:

(  )   This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.
(  )   Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

(  )   Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to:

      United States Court of Appeals for the Second Circuit
      Thurgood Marshall U. S. Courthouse
      40 Foley Square
      New York, NY 10007

(  )   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

(  )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(XX)   <u>Other</u>: Per guidance from the Court, we are returning the enclosed document as it was submitted by Flip A Coin Bullion LLC at a time they were not represented by counsel.

By: _____
K. Santana

United States District count  
Eastern District of New York

November 20, 2023

Bullion Shark LLC

V.

Flip A Coin Bullion LLC

## Admissions and Denials

1. Deny
2. Deny
3. Deny
4. Lack of knowledge
5. Admit
6. Deny
7. Deny
8. Deny
9. Admit
10. Lack of knowledge
11. Lack of knowledge
12. Lack of knowledge
13. Lack of knowledge
14. Lack of knowledge
15. Lack of knowledge

16. Lack of knowledge

17. Lack of knowledge

18. Lack of knowledge

19. Lack of knowledge

20. Lack of knowledge

21. Lack of knowledge

22. Admit

23. Deny

24. Deny

25. Admit

26. Deny

27. Deny

28. Admit

29. Deny

30. Deny

31. Deny

32. Admit

33. Admit

34. Deny

35. Deny

36. Deny

37. Deny

38. Deny

39. Deny

40. Deny

41. Deny

42. Deny

43. Deny

44. Deny

45. Lack of knowledge

46. Deny

47. Deny

48. Lack of knowledge

49. Lack of knowledge

50. Lack of knowledge

51. Deny

52. Deny

53. Deny

54. Deny

55. Deny

56. Deny

57. Deny

58. Deny

59. Deny

60. Deny

61. Deny

62. Deny

63. Deny

64. Deny

65. Deny

66. Deny

67. Deny

68. Deny

69. Deny

70. Deny

71. Deny

72. Deny

73. Deny

74. Deny

75. Deny

76. Deny

77. Deny

78. Deny

79. Deny

80. Deny

81. Deny

82. Deny

83. Deny

84. Deny

85. Deny

86. Deny

87. Deny

88. Deny

89. Deny

90. Deny

91. Deny

92. Deny

93. Deny

94. Deny

95. Deny

96. Deny

97. Deny

98. Deny

99. Dey

100. Deny

101. Deny

102. Lack of knowledge

103. Lack of knowledge

104. Deny

105. Deny

106. Deny

107. Deny
108. Deny
109. Deny
110. Deny
111. Lack of knowledge
112. Deny
113. Deny
114. Deny
115. Deny
116. Deny
117. Deny
118. Lack of knowledge
119. Deny
120. Deny
121. Deny
122. Deny
123. Deny
124. Deny
125. Deny
126. Deny
127. Deny
128. Deny
129. Deny

130. Lack of knowledge
131. Deny
132. Deny
133. Deny
134. Deny
135. Deny
136. Lack of knowledge
137. Deny
138. Deny
139. Deny
140. Deny
141. Deny
142. Deny
143. Deny
144. Deny
145. Deny
146. Deny
147. Deny
148. Deny
149. Deny
150. Deny
151. Deny
152. Deny

153. Deny

154. Deny

155. Deny

156. Deny

157. Deny

158. Deny

---

Flip A Coin Bullion LLC