# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

<u>via ECF</u>                                                                                  December 1, 2023

Hon. Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722                            <u>Re: Bullion Shark, LLC v. Flip a Coin</u>
                                                   <u>Bullion LLC, et. al.</u>
                                                   <u>(EDNY 23-CV-6529)</u>

Dear Judge Lindsay:

  I represent the Defendants in the above-referenced action. Per the Order issued earlier today, a Settlement Conference has been scheduled for December 12, 2023. This is to request re-scheduling of same due to a personal conflict I have. This is the first request for re-scheduling of the Settlement Conference by any party.

  In the interest of expediency, my clients and I are currently available for a Settlement Conference on December 11, 2023 (one day *earlier* than the currently-scheduled date), as well as on the following dates:

  December 15
  December 18
  December 21

  I have consulted with opposing counsel, and Plaintiff's attorney has consented to this request provided that the Settlement Conference can be scheduled for December 11, 2023, the preferred date for all involved. As of the time of this writing, I have yet to receive Plaintiff's consent to re-scheduling to one of the above-listed alternate dates, and am currently awaiting their reply.

  In addition, this is to respectfully request Your Honor's permission for my clients to appear for the Settlement Conference via Zoom, with myself as counsel appearing in person. I have consulted with opposing counsel regarding this, and Plaintiff objects to this request. However, having my clients incur the costs of travel from Florida to New York in the short term will likely frustrate settlement efforts and prove to be counter-productive.

Hon. Judge Arlene R. Lindsay
December 1, 2023
Page 2 of 2

      Should the Court require any further information, please contact the undersigned.

      Respectfully submitted,

/s/ Todd Wengrovsky

Todd Wengrovsky
*Counsel for Defendants*

cc: Emanuel Kataev, Esq.,
*Counsel for Plaintiff,* via ECF