# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 19, 2024

**Author: Kyle F. Monaghan - Associate**
**Direct E-Mail Address: kyle@mllaborlaw.com**
**Direct Dial: (516) 303-1361**

**VIA ECF**
Hon. Nusrat J. Choudhury, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722

    *Re:*   **Bullion Shark, LLC v. Flip a Coin Bullion LLC,** *et al.*
            **Case No.: 2:23-cv-6529 (NJC) (ARL)**

Dear Judge Choudhury:

    We represent Plaintiff Bullion Shark, LLC ("Plaintiff" or "Bullion Shark") in the above-case. Plaintiff writes jointly with Defendants, Flip a Coin Bullion LLC, Matthew Forman, Christina Cappello, Jacob Forman and Joseph Forman (collectively "Defendants").

    The Parties respectfully request a one-week extension of time to submit the voluntary stipulation of dismissal while the Parties finalize the settlement agreement in this matter.

    We thank the Court for its continued time and attention to this case.

                              Respectfully submitted,
                              **MILMAN LABUDA LAW GROUP PLLC**
                              */s Kyle F. Monaghan*
                              Kyle F. Monaghan

cc:    All counsel (via ECF)