UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BULLION SHARK, LLC,

                                       Plaintiff,

       -against-

FLIP A COIN BULLION LLC, MATTHEW
FORMAN, CHRISTINA CAPPELLO, JACOB
FORMAN and JOSEPH FORMAN,

                                       Defendants.
------------------------------------------------------------------X

Case No.: 2:23-cv-6529 (NJC) (ARL)

**SO ORDERED STIPULATION**
<u>**VOLUNTARILY DISMISSING CASE**</u>

        **WHEREAS**, Plaintiff Bullion Shark, LLC ("Plaintiff" or "Bullion Shark") commenced the above-captioned case (the "Action") alleging various acts of wrongdoing by Defendants Flip a Coin Bullion LLC, Matthew Forman, Christina Cappello, Jacob Forman and Joseph Forman (collectively, "Defendants")

        **WHEREAS**, pursuant to a Settlement Agreement dated on or about February 26, 2024 (the "Settlement Agreement"), Plaintiff and Defendants have resolved the claims raised in the Action and the disputes between them, with no party admitting the veracity of such claims or disputes, or admitting liability;

        **NOW, THEREFORE,** in order to resolve the Action and the disputes between the parties:

        **IT IS HEREBY STIPULATED AND AGREED**, by any among the parties to the Action and their respective counsel, as follows:

        1.    The Action is voluntarily dismissed, without prejudice, against Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. The parties request that the Court "so order" this Stipulation and retain jurisdiction over this matter and the parties hereto for the purposes of enforcing the Settlement Agreement in accordance with the terms set forth therein.

| | |
|---|---|
| **MILMAN LABUDA LAW GROUP PLLC** | **LAW OFFICES OF TODD WENGROVSKY, PLLC** |
| /s Kyle F. Monaghan, Esq. | /s/ |
| Kyle F. Monaghan, Esq. | Todd Wengrovsky, Esq. |
| 3000 Marcus Avenue, Suite 3W8 | 285 Southfield Road, Box 585 |
| Lake Success, NY 11042-1073 | Calverton, NY 11922 |
| (516) 328-8899 (office) | (631) 727-3400 (office) |
| (516) 328-0082 (facsimile) | (631) 727-3401 (facsimile) |
| kyle@mllaborlaw.com | contact@twlegal.com |
| *Attorneys for Plaintiff Bullion Shark, LLC* | *Attorneys for Defendants Flip a Coin Bullion LLC, Matthew Forman, Christina Cappello, Jacob Forman and Joseph Forman* |

Bullion Shark, LLC

By: /s/ Andrew Adamo
Name: Andrew Adamo
Title: President

Flip a Coin Bullion LLC

By: /s/
Name: Matthew Forman
Title: President

/s/
Matthew Forman

/s/
Christina Cappello

/s/
Jacob Forman

/s/
Joseph Forman

SO ORDERED: February ___, 2024

_____
Nusrat J. Choudhury, U.S.D.J.

2